IRENE RUZIN, Attorney at Law (CSB #125763)
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, CA 91436
TEL: (818) 325-2888 FAX: (818) 325-2890
ireneruzin@earthlink.net

Attorney for Plaintiff, SHEILA DAWN SCHULTZ,

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SHEILA DAWN SCHULTZ,<br><br>　　　　Plaintiff,<br>　vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 2:14-cv-06380-JEM<br><br>[~~PROPOSED~~] ORDER AWARDING EAJA FEES<br><br><br>HON. JOHN E. MCDERMOTT<br>UNITED STATES MAGISTRATE JUDGE |

　　　Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), **IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount of FOUR THOUSAND FOUR HUNDRED FIFTY DOLLARS ($4,450.00) as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: May 28, 2015

　　　　　　　　　　　　　　_/s/ John E. McDermott_
　　　　　　　　　　　　　　HON. JOHN E. MCDERMOTT
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE